# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED

April 22, 2026

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

| The application for temporary modification of conditions of release is granted. SO ORDERED. |
|---|
| Edgardo Ramos, U.S.D.J. Dated: 4/22/2026 New York, New York |

**Re:    United States v. Krystle Sam**
        **26 Cr. 58 (ER)**

Dear Judge Ramos:

I write to respectfully request a temporary modification of Krystle Sam's conditions of release to allow her to take her children to the American Dream Mall in New Jersey on Friday, April 24. Pretrial services and the government do not object to this request.

Following her arrest on December 16, 2025, Magistrate Judge Stein released Ms. Sam on her own signature and imposed bail conditions, including: a $25,000 personal recognizance bond, cosigned by one financially responsible person; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; continue/seek employment; pretrial supervision as directed by pretrial services; not to open any new lines of credit or bank accounts without the approval of pretrial services; not to possess the personal identifying information of other persons except her biological children and her grandmother; no contact with alleged co-conspirators, victims, or witnesses to be identified by the government to defense counsel, except in the presence of counsel.

Ms. Sam timely met the conditions of the bond. Since her release, Ms. Sam has appeared in court as directed and has faithfully complied with all conditions of release.

Ms. Sam now respectfully requests a temporary bail modification to allow her to take her children to the American Dream Mall in New Jersey on Friday, April 24. Pretrial services and the government do not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Krystle Sam*

cc:      Counsel of record

2