Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 11, 2026

**MEMO ENDORSED**

The application for a temporary modification of the conditions of release is granted.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 12, 2026
New York, New York

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** **United States v. Krystle Sam**
**26 Cr. 58 (ER)**

Dear Judge Ramos:

I write to respectfully request a temporary modification of Krystle Sam's conditions of release to allow her to take her children to the Poconos from August 30 to September 1 to celebrate her daughter's birthday. Pretrial services does not object to this request. The government takes no position.

Following her arrest on December 16, 2025, Magistrate Judge Stein released Ms. Sam on her own signature and imposed bail conditions, including: a $25,000 personal recognizance bond, cosigned by one financially responsible person; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; continue/seek employment; pretrial supervision as directed by pretrial services; not to open any new lines of credit or bank accounts without the approval of pretrial services; not to possess the personal identifying information of other persons except her biological children and her grandmother; no contact with alleged co-conspirators, victims, or witnesses to be identified by the government to defense counsel, except in the presence of counsel.

Ms. Sam timely met the conditions of the bond. Since her release, Ms. Sam has appeared in court as directed and has faithfully complied with all conditions of release.

On August 22, 2026, the Court granted Ms. Sam's request for a temporary bail modification to allow her to take her children to the American Dream Mall in New Jersey on Friday, April 24. Ms. Sam complied with the conditions of the temporary modification without issue.

Ms. Sam now respectfully requests permission to take her children to the Poconos from August 30 to September 1, 2026 to celebrate her daughter's birthday. She will provide pretrial services with a specific itinerary before her travel. Pretrial services does not object to this request. The government takes no position.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Krystle Sam*

cc: Counsel of record